THE STATE EX REL. WHEELER, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Wheeler v. Indus. Comm.,*
104 Ohio St.3d 162, 2004-Ohio-6408.]

(No. 2004–0530—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Law Offices of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee Industrial Commission of Ohio.

THE STATE EX REL. BODNAR, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Bodnar v. Indus. Comm.,*
104 Ohio St.3d 162, 2004-Ohio-6409.]

(No. 2004–0630—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.